UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN

| | |
|---|---|
| MARK W. DOBRONSKI,<br><br>        Plaintiff,<br>  v.<br><br>MILBERG COLEMAN BRYSON PHILLIPS GROSSMAN, PLLC, MARC J. BERN & PARTNERS LLP, BIRGER KRISTIAN W. RASMUSSEN III, a/k/a KRISTIAN RASMUSSEN, and PATRICK MATTHEW WALLACE,<br><br>        Defendants. | No. 2:23-cv-11232-DPH-KGA |

## NOTICE OF APPEARANCE

Please take notice that Daniel S. Blynn of Steptoe & Johnson LLP hereby enters his appearance for Defendants Milberg Coleman Bryson Phillips Grossman, PLLC, Kristian Rasmussen, and Patrick Wallace in the above-entitled cause of action.

Dated: June 9, 2023           Respectfully Submitted,

                                      /s/ *Daniel S. Blynn*
                                      Daniel S. Blynn
                                      dblynn@steptoe.com
                                      STEPTOE & JOHNSON LLP
                                      1330 Connecticut Avenue, NW
                                      Washington, DC 20036
                                      Telephone: 202.429.1307
                                      Facsimile: 202.429.3902

                                      *Attorneys for Defendants Milberg Coleman Bryson Phillips*
                                      *Grossman, PLLC, Kristian Rasmussen, and Patrick Wallace*

## CERTIFICATE OF SERVICE

      I hereby certify that, on June 9, 2023, I electronically filed the foregoing Notice of Appearance with the Clerk of the Court using the CM/ECF system, which automatically sends an electronic notification to all counsel of record and other CM/ECF participants. A copy also has been served via first-class mail on:

                Mark W. Dobronski
                P.O. Box 85547
                Westland, MI 48185-0547

                /s/ *Daniel S. Blynn*