UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK W. DOBRONSKI,
an individual,

        Plaintiff,

v.

MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC,
a Tennessee limited liability company,

MARC J. BERN & PARTNERS LLP
a New York limited liability partnership,

BIRGER KRISTIAN W. RASMUSSEN III,
a/k/a KRISTIAN RASMUSSEN,
an individual, and

PATRICK MATTHEW WALLACE,
an individual,

        Defendants.
_____/

Case No. 23-cv-11232
Hon. Denise Page Hood
Mag. Judge: Kimberly G. Altman

**STIPULATION FOR EXTENSION OF TIME FOR
DEFENDANT, MARC J. BERN & PARTNERS LLP,
TO FILE FIRST RESPONSIVE PLEADINGS**

    IT IS STIPULATED between Plaintiff and Defendant, Marc J. Bern & Partners LLP, only, through their respective counsel, that Defendant, Marc J. Bern & Partners LLP, shall have an extension of time until and including **August**

**8, 2023,** to answer, move, or otherwise respond to Plaintiff's Complaint in this matter.

|  |  |
|---|---|
|  | PLUNKETT COONEY |
| */s/ Mark W. Dobronski (w/consent)* | */s/ Jeffrey S. Hengeveld* |
| Mark W. Dobronski | Jeffrey S. Hengeveld (P66029) |
| Plaintiff *In Propria Persona* | 38505 Woodward Ave., Ste. 100 |
| P.O. Box 85547 | Bloomfield Hills, MI  48304 |
| Westland, MI  48185-0547 | (248) 594-8202 |
| (734) 330-9671 | jhengeveld@plunkettcooney.com |
| markdobronski@yahoo.com | ***Attorney for Defendant*** |

Dated:  June 19, 2023

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

MARK W. DOBRONSKI,
an individual,

       Plaintiff,

v.

MILBERG COLEMAN BRYSON
PHILLIPS GROSSMAN, PLLC,
a Tennessee limited liability company,

MARC J. BERN & PARTNERS LLP
a New York limited liability partnership,

BIRGER KRISTIAN W. RASMUSSEN III,
a/k/a KRISTIAN RASMUSSEN,
an individual, and

PATRICK MATTHEW WALLACE,
an individual,

       Defendants.
_____/

Case No. 23-cv-11232
Hon. Denise Page Hood
Mag. Judge: Kimberly G. Altman

**ORDER FOR EXTENSION OF TIME FOR
DEFENDANT, MARC J. BERN & PARTNERS LLP,
TO FILE FIRST RESPONSIVE PLEADINGS**

This matter having come before the Court by way of the foregoing Stipulation and the Court being fully advised in the premises;

**IT IS HEREBY ORDERED** that Defendant, Marc J. Bern & Partners LLP, only, shall have an extension of time until and including **August 8, 2023,** to answer, move, or otherwise respond to Plaintiff's Complaint in this matter.

**IT IS SO ORDERED**.

s/Denise Page Hood
United States District Judge

Dated: June 22, 2023